Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Sep 24 3:25 PM-24CV007370

0H012 - X55

## In the Court of Common Pleas of Franklin County
### Civil Division

Nicole Lawtone-Bowles                                  Case No._____

56 Center Street Highland Falls, New York 10928

Vs.

Franklin University et.aL, John Michael Suozzi, Wendall Seaborne, Christoper

Daniel Tyner, Suzanne Smith, Frank Yanchak and Brandon Perry

Franklin University 201 S Grant Ave. Columbus, OH 43215

### Complaint

1.  **Rule:**

The plaintiff, Nicole Lawtone-Bowles, brings this complaint pursuant to several key

federal laws and statutes designed to protect individuals from discrimination, particularly

in educational settings.

* **Americans with Disabilities Act (ADA):** The ADA prohibits discrimination
  based on disability and mandates reasonable accommodations to be provided to
  individuals with disabilities to ensure access to opportunities and services.

* **Section 504 of the Rehabilitation Act of 1973:** This statute prohibits
  discrimination against individuals with disabilities in any program or activity that
  receives federal financial assistance, including educational institutions.

* **Age Discrimination Act of 1975:** This Act forbids discrimination on the basis of
  age in programs receiving federal financial assistance, ensuring equal access to
  educational opportunities for individuals of all ages.

0H012 - X56

- **Title VI of the Civil Rights Act of 1964**: Title VI prohibits discrimination on the basis of race, color, or national origin in programs receiving federal funds, ensuring equitable treatment in education and access to opportunities.

- **Title IX of the Education Amendments of 1972**: Title IX prohibits sex-based discrimination in any education program or activity receiving federal financial assistance, protecting students from gender discrimination.

- **42 U.S.C. § 1983 (Civil Rights Act)**: This federal statute allows individuals to bring legal action for violations of their constitutional or statutory rights by persons acting under the color of state law, including public officials or institutions.

- **Student Educational Equity Act (SEEA)**: The SEEA protects the rights of students to receive equal educational opportunities and resources, regardless of their race, gender, or disability, ensuring equity within the educational system.

2. **Background**:

The plaintiff was a student at Franklin University in the Doctor of Healthcare Administration (DHA) program. Despite maintaining a high academic standing, with a GPA of 4.00-3.916, the plaintiff faced significant barriers in completing her program due to the actions of the university and its faculty members, who are named as defendants. The plaintiff completed 83 out of 90 credits required for her degree but was denied necessary accommodations under the ADA and Section 504 of the Rehabilitation Act. The plaintiff's progress was continuously monitored and reported through the Ellucian Student Application, confirming her completion of most course requirements with high

academic success. Despite this, she was prevented from completing the dissertation phase of her program due to discriminatory actions by the faculty and administration.

The plaintiff also faced retaliatory actions after filing a complaint with the Office for Civil Rights (OCR). The plaintiff was informed by OCR that the university must not harass, intimidate, or discriminate against her due to her assertion of rights under laws enforced by the OCR. Despite this protection, the plaintiff experienced ongoing retaliation and discrimination, further hindering her academic progress. The defendants named in this case include Franklin University and several key faculty members, including John Michael Suozzi, who was hired as lead faculty who made plaintiff life in his course a living hell bringing her 4.00 GPA down. The plaintiff asserts that these individuals acted with deliberate indifference to her rights under federal law.

Nicole Lawrence-Bowles

0H012 - X58

REQUEST FOR JUDICIAL INTERVENTION AS A POOR PERSON

IN THE FRANKLIN COUNTY COURT OF COMMON PLEAS

FRANKLIN COUNTY, OHIO

Nicole Lawtone-Bowles,

Plaintiff,

v.

Franklin University, et al.,

Defendant.

Case No.:

Judge:

REQUEST FOR JUDICIAL INTERVENTION AS A POOR PERSON

Plaintiff, Nicole Lawtone-Bowles, respectfully submits this Request for Judicial Intervention against Franklin University and requests the following relief:

Judicial Order to Confer Doctoral Degree:

Plaintiff requests that this Court order Franklin University to allow her to complete the remaining requirements of her Doctor of Healthcare Administration (DHA) program, including the writing of her dissertation, and to confer her Doctoral Degree upon completion. Plaintiff has completed all required coursework with an outstanding GPA of 3.916, meeting all academic standards except for the final dissertation, which she has been unlawfully denied the opportunity to complete due to wrongful dismissal.

Reinstatement of Access to University Accounts and Resources:

Plaintiff requests the Court to order Franklin University to restore her full access to her university accounts, including all student portals, email, and other resources necessary to complete her academic program, including research resources and communications channels.

0H012 - X59

Compensation for Damages:

Plaintiff requests compensation for emotional distress, pain, and suffering caused by Franklin University's actions, including wrongful dismissal, failure to accommodate her disability under the Americans with Disabilities Act (ADA), and harassment. Franklin University's failure to provide reasonable accommodations for Plaintiff's disability, such as assistive technology, has not only caused her emotional distress but also resulted in significant setbacks to her academic and professional future.

Restoration of Academic Standing and Public Record:

Plaintiff requests that the Court order Franklin University to clear any and all records of dismissal or misconduct from her academic and public records, thereby restoring her good standing as a student in the Doctor of Healthcare Administration program.

Background and Grounds for Request

Plaintiff was dismissed from Franklin University on September 13, 2024, following allegations of misconduct. However, Plaintiff maintains that these allegations are baseless and that she was denied a fair opportunity to refute them. Additionally, the University failed to follow its own procedural due process, as required by law.

Plaintiff, a documented individual with disabilities, was repeatedly denied reasonable accommodations that were essential to her success in the program, including assistive technologies necessary for completing her dissertation. This denial constitutes a violation of both the ADA and Section 504 of the Rehabilitation Act.

Plaintiff has endured emotional and psychological harm due to the stress and harassment from the University. These actions have caused Plaintiff to suffer severe emotional distress and professional setbacks, warranting compensation for damages.

Relief Sought

In light of the foregoing, Plaintiff respectfully requests that this Court:

Issue an order directing Franklin University to reinstate Plaintiff into the Doctor of Healthcare Administration program and allow her to complete her dissertation.

0H012 - X60

Require Franklin University to confer the Doctor of Healthcare Administration degree upon the successful completion of her dissertation.

Direct Franklin University to restore Plaintiff's full access to all necessary university accounts and resources.

Award Plaintiff damages for emotional distress, pain, and suffering, as well as any other appropriate relief the Court deems just and proper.

Direct Franklin University to restore Plaintiff's academic standing and clear her record of any allegations of misconduct or dismissal.

Conclusion

Plaintiff has diligently pursued her academic goals and has fulfilled all requirements except for her dissertation. Franklin University's failure to provide necessary accommodations and its decision to wrongfully dismiss Plaintiff have caused irreparable harm to her academic and professional future. Plaintiff respectfully requests that the Court intervene and provide the necessary relief.

Respectfully submitted,

Nicole Lawtone-Bowles

56 Center Street

Highland Falls, New York 10928

(347) 538-5366

3