FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 21 2025 11:52A

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

## STANDING ORDER ON THE USE OF GENERATIVE ARTIFICAL INTELLIGENCE

The use of generative Artificial Intelligence ("AI") by attorneys and pro se litigants to prepare pleadings, motions, briefs, and other documents has raised concerns over the reliability, accuracy, and volume of filings in this Court.

Rule 11(b) of the Federal Rules of Civil Procedure provides that by submitting a pleading, motion, brief, or other paper to the Court, an attorney or pro se litigant certifies that their claims, defenses, and other legal contentions are warranted by existing law and that their factual contentions have evidentiary support.

It is hereby **ORDERED** that any party, including a pro se litigant, who uses generative AI to help generate the content of any portion of a pleading, motion, brief, or other document must submit a declaration disclosing the use of generative AI. The declaration shall be captioned "Disclosure of the Use of Generative AI." The declaration must identify the content (by page, section, or paragraph number) which was prepared with the assistance of generative AI and state the platform used (ChatGPT, Gemini, etc.). In the declaration, the attorney or pro se litigant must **CERTIFY** that they have reviewed the relevant source material and have verified that all submissions to the Court are accurate, and that they have complied with their obligations under Rule 11(b).

An attorney or pro se litigant who signs a pleading, motion, brief, or other document submitted to the Court is responsible for the contents of that filing under Rule 11, regardless of whether they used generative AI to generate any portion of that filing. The failure to comply with Rule 11(b) may result in sanctions under Rule 11(c).

IT IS SO ORDERED.

October 21, 2025

 *s/ James L. Graham*
James L. Graham
United States District Judge