IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nicole Lawtone-Bowles, | ) Case No. 2:24-cv-04091 |
| | ) Judge James L. Graham |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Franklin University, et al., | ) |
| Defendant. | ) |

**DISCLOSURE OF THE USE OF ASSISTIVE AND ARTIFICIAL INTELLIGENCE TECHNOLOGY**

Your Honor,

I respectfully submit this disclosure in accordance with the Court's Standing Order. See Order, No. 60, filed Oct. 23, 2025, regarding the use of generative artificial intelligence. I want to explain that, due to my documented disability, I am physically unable to type in the traditional manner. As a result, I must rely on speech-to-text and text-to-speech technology and related assistive tools to produce written documents. Because I speak directly into my computer and my phone to generate written work, the software often produces text patterns that automated systems may classify as "AI-generated" or "unnatural typing." This occurs not because the work is being written by artificial intelligence, but because the speech-to-text process converts spoken language into written text in a way that differs from traditional keyboard typing.

For that reason, I believe it is important to disclose to the Court that I rely on assistive and technology-assisted tools to communicate in writing. The technologies I

1

use for drafting and reviewing documents are embedded in my Apple Intelligence Computer include: ChatGPT Business, Dragon Legal Anywhere speech recognition software, Gemini, Google AI, Grammarly AI, Lexis+® with Protégé™, NotebookLM, Perplexity Pro, and Westlaw Edge with AI-assisted research. These tools are used to assist with speech-to-text transcription, grammar review, legal research, and document organization. However, the legal arguments, factual assertions, and final content of all filings submitted to this Court are reviewed and approved by me personally. I certify to the Court that I independently research, review, and verify the legal authorities and factual statements included in my filings.

    Where appropriate, I provide hyperlinks or citations so the Court can directly review the underlying sources. I understand my obligations under Rule 11 of the Federal Rules of Civil Procedure and accept full responsibility for the content of any filing I submit. I further certify that no legal authority cited in my filings has been generated without independent verification, and that all citations and authorities have been reviewed by me to ensure they accurately reflect existing law. I also wish to respectfully inform the Court that I am currently in my final semesters of law school as a 3L/4L student, with an expected graduation date of August 25, 2026, God willing.

    I have worked very hard to continue my education despite significant health challenges. The emergence of AI detection tools has made the process more complicated for individuals like me who rely on speech-to-text and text-to-speech technology,

because the system often misidentifies my disability-related writing method as artificial intelligence output. I want the Court to understand that I am doing the best I can to comply with all rules while managing my disability. If there are any errors or issues in my filings, I will correct them promptly when they are brought to my attention. I simply want to be transparent about the technology I must use in order to participate in the legal process.

    I also have medical documentation available that explains the nature of my disability and why I cannot physically type for extended periods. I will provide those records to the Court if requested. My goal is simply to finish my education, build a stable life for myself and my family, and move forward despite the many hardships I have faced since becoming disabled.

Thank you for the Court's consideration.

                                                Respectfully submitted,
                                                /s/Nicole Lawtone-Bowles
                                                Pro Se Plaintiff
                                                56 Center Street
                                                Highland Falls, New York 10928
                                                Email: nicolelawtone@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of March 2026, a copy of the foregoing was e-filed to the Court and emailed to Defendants' counsel. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Additional service copies were sent via electronic mail to the following:

Sean T. Needham (0081382)
Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
Phone: (216) 687-1311
Fax: (216) 687-1841
Email: sneedham@reminger.com
Counsel for Defendants

                                        Respectfully submitted,
                                        /s/Nicole Lawtone-Bowles
                                        Pro Se Plaintiff
                                        56 Center Street
                                        Highland Falls, New York 10928
                                        Email: nicolelawtone@aol.com

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 21 2025 11:52A

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

### STANDING ORDER ON THE USE OF GENERATIVE ARTIFICAL INTELLIGENCE

The use of generative Artificial Intelligence ("AI") by attorneys and pro se litigants to prepare pleadings, motions, briefs, and other documents has raised concerns over the reliability, accuracy, and volume of filings in this Court.

Rule 11(b) of the Federal Rules of Civil Procedure provides that by submitting a pleading, motion, brief, or other paper to the Court, an attorney or pro se litigant certifies that their claims, defenses, and other legal contentions are warranted by existing law and that their factual contentions have evidentiary support.

It is hereby **ORDERED** that any party, including a pro se litigant, who uses generative AI to help generate the content of any portion of a pleading, motion, brief, or other document must submit a declaration disclosing the use of generative AI. The declaration shall be captioned "Disclosure of the Use of Generative AI." The declaration must identify the content (by page, section, or paragraph number) which was prepared with the assistance of generative AI and state the platform used (ChatGPT, Gemini, etc.). In the declaration, the attorney or pro se litigant must **CERTIFY** that they have reviewed the relevant source material and have verified that all submissions to the Court are accurate, and that they have complied with their obligations under Rule 11(b).

An attorney or pro se litigant who signs a pleading, motion, brief, or other document submitted to the Court is responsible for the contents of that filing under Rule 11, regardless of whether they used generative AI to generate any portion of that filing. The failure to comply with Rule 11(b) may result in sanctions under Rule 11(c).

IT IS SO ORDERED.

October 21, 2025

                                                      *s/ James L. Graham*
                                                     James L. Graham
                                                     United States District Judge