## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION


NICOLE LAWTONE-BOWLES,

   **Plaintiff,**

  **v.**

               **Civil Action 2:24-cv-4091**
               **Judge James L. Graham**
               **Magistrate Judge Chelsey M. Vascura**

FRANKLIN UNIVERSITY, *et al.*,

   **Defendants.**


## ORDER

  The parties are **ORDERED** to confer and jointly file, **WITHIN FOURTEEN DAYS** of the date of this Order, proposed deadlines for completion of discovery and filing of dispositive motions.


  **IT IS SO ORDERED.**


          /s/ *Chelsey M. Vascura*
          CHELSEY M. VASCURA
          UNITED STATES MAGISTRATE JUDGE