UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICOLE LAWTONE-BOWLES,

       **Plaintiff,**

    v.

                                      **Civil Action 2:24-cv-4091**
                                      **Judge James L. Graham**

FRANKLIN UNIVERSITY, *et al.*,               **Magistrate Judge Chelsey M. Vascura**

       **Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion for Court Order Granting Access to Franklin University Account for Purposes of Fact Discovery (ECF No. 65). Plaintiff's Motion is **DENIED**. The undersigned advised Plaintiff on November 1, 2024, that "[o]nce the discovery period commences, Plaintiff may seek copies of relevant documents in Franklin's possession, custody, or control under Federal Rule of Civil Procedure 34. Accordingly, restoration of Plaintiff's access to her Franklin accounts is not necessary for Plaintiff to obtain the evidence she needs to prosecute her claims." (Nov. 1, 2024 Order, ECF No. 7.) There is no indication that Plaintiff attempted to obtain the requested information by serving requests for production of documents under Rule 34 as directed.

Moreover, Plaintiff failed to contact the Court to request an informal conference prior to filing the motion as required by the undersigned's Preliminary Pretrial Order. (ECF No. 28 at 3.) If, after Plaintiff serves requests for production of documents under Rule 34, she feels Defendants' written responses or production are deficient, and if—after meeting and conferring

with Defendants about any alleged deficiencies to exhaust all extrajudicial means of resolving the dispute as required by S.D. Ohio Civ. R. 37.1—the parties reach an impasse, Plaintiff may contact chambers at Vascura_Chambers@ohsd.uscourts.gov to arrange an informal conference. Any request for an informal conference must be made prior to the close of fact discovery on June 16, 2026.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE