UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


NICOLE LAWTONE-BOWLES,

Plaintiff,

v.

FRANKLIN UNIVERSITY, *et al.*,

Defendants.

Civil Action 2:24-cv-4091
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura


## ORDER

This matter is before the Court on Plaintiff's Motion to Seal Documents pursuant to FERPA and Protective Order. (ECF No. 67.) Therein, Plaintiff represents that the over 4,000 pages of exhibits that she recently filed contain confidential and private education records, including academic transcripts, grades, student identification numbers, disability accommodation records, financial aid information, and communications concerning Plaintiff's academic progress and grievances, which are protected from public disclosure by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g. (*Id.*)

FERPA does not prohibit Plaintiff's disclosure of her own education records; the statute merely conditions federal funding for educational institutions on the *institution's* practice of maintaining the confidentiality of education records. *See Gonzaga Univ. v. Doe*, 536 U.S. 273, 278–79 (2002). FERPA therefore does not require that Plaintiff's exhibits be placed under seal. Nevertheless, FERPA reflects a compelling privacy interest in Plaintiff's educational records that is relevant to the Court's sealing analysis.

Based on Plaintiff's representations, the undersigned concludes that the exhibits in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion is **GRANTED**. The Clerk is **DIRECTED** to place Plaintiff's exhibits (ECF No. 67) **UNDER SEAL**.

However, the Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). Accordingly, Plaintiff shall also, **ON OR BEFORE JUNE 2, 2026**, file redacted versions of the exhibits on the public docket, redacting only that information constituting Plaintiff's confidential education information as described in Plaintiff's Motion.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2